UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO: Darragh L. Inman, Esq.

FROM: Judge Peter J. Messitte

RE: Adenikinju v. Washington Metropolitan Area Transit Authority
Civil No. PJM 15-2281

DATE: October 6, 2015

* * *

On September 14, 2015, the Court received Plaintiff's Motion to Withdraw as Attorney. ECF No. 12. Plaintiff's counsel has failed to provide a certificate stating the name and last known address of his client and that a written notice of withdrawal has been served upon his client, as required under Local Court Rule 101(2)(a). The Court hereby **DIRECTS** Plaintiff's counsel to comply with Local Court Rule 101(2)(a).

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court File

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 6 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY